Irving M. Wolff, Ray C. Muller, Miami, Fla., for appellee.

Before THORNBERRY, COLEMAN and AINSWORTH, Circuit Judges.

**In the Matter of TMT TRAILER FERRY, INC., et al., Debtors.**

**PROTECTIVE COMMITTEE FOR INDEPENDENT STOCKHOLDERS OF TMT TRAILER FERRY, INC., Appellant,**

v.

**Thomas J. KIRKLAND, Trustee, Appellee.**

No. 71–1892.

United States Court of Appeals, Fifth Circuit.

Feb. 7, 1972.

Rehearing and Rehearing En Banc Denied March 13, 1972.

PER CURIAM:

This case flows out of our prior decision reported at 5 Cir., 434 F.2d 804, decided October 27, 1970, rehearing denied and rehearing en banc denied December 21, 1970, in connection with appeals Nos. 29089 and 29560, especially the latter. The Trustee petitioned for certiorari to the United States Supreme Court from our decision, which was denied sub nom., Kirkland v. Protective Committee for TMT Trailer Ferry, Inc., 402 U.S. 907, 91 S.Ct. 1378, 28 L.Ed.2d 648 (1971). The attorney for the Trustee asserts that the subject matter of this appeal is moot. We agree. However, we vacate the decision below and direct that it be dismissed for mootness, so that it will spawn no legal consequences. See Allen

117 F.2d 1003, 1006; In re Imperial "400" National, Inc., 3 Cir., 1970, 432

F.2d 232, 235; In re McGann Mfg. Co., Inc., 3 Cir., 1951, 188 F.2d 110, 112.

v. Johnson, 5 Cir. 1969 en banc, 413 F. 2d 1218, 1220.[1]

## ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

See, also, 457 F.2d 100.

---

1. Had this case not become moot, however, we would have reversed the finding below because of our firm conviction that the evidence showed timely filing of the Notice of Appeal by counsel for the Protective Committee.